```
                          United States Bankruptcy Court
                            Northern District of Ohio
```

In re:                                                              Case No. 17-11220-jps
Margaret R. Losito                                                  Chapter 13
      Debtor
## CERTIFICATE OF NOTICE

District/off: 0647-1     User: athre     Page 1 of 1     Date Rcvd: Mar 21, 2017
                      Form ID: pdf701    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2017.
```
db             +Margaret R. Losito,    2331 Washington Ave, #73,    Lorain, OH 44052-4666
cr             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2017 at the address(es) listed below:
```
              Craig H. Shopneck    ch13shopneck@ch13cleve.com,   cshopneck13@ecf.epiqsystems.com
              William J. Balena    on behalf of Debtor Margaret R. Losito docket@ohbksource.com,
               debra@ohbksource.com
```
                                                                                                                                 TOTAL: 2

**IT IS SO ORDERED.**

Dated: 20 March, 2017 02:11 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | IN PROCEEDINGS UNDER CHAPTER 13 |
| MARGARET R. LOSITO, | CASE NO. 17-11220 |
| DEBTOR. | JUDGE JESSICA E. PRICE SMITH |

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

After considering the Application for Individuals to Pay the Filing Fee in Installments (Official Form B 103A), the Court orders that the Debtor(s) may pay the $310.00 filing fee in installments on the terms proposed in the application:

$77.50 on or before March 17, 2017

$77.50 on or before March 31, 2017

$77.50 on or before April 14, 2017

$77.50 on or before April 28, 2017

Until the filing fee is paid, the debtor(s) must not make any additional payments or transfer any additional property to an attorney or anyone else in connection with this case. Installment payments must be submitted to the U.S. Bankruptcy Court, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, OH 44114-1235 no later than the payment deadline(s) of this order. Payments must be submitted in the form of a money order or cashier's check. Personal checks are not acceptable. Cash payments in the exact amount may be submitted from 9:00 a. m. until 4:00 p.m. in the Court's Intake Department.

**IT IS SO ORDERED**